IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBARA REGINA SCHLEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-2849 |
| | § | |
| A. GRIFFIN LAWYERS/ANTHONY P. GRIFFIN, INC. and the INTERNAL REVENUE SERVICE, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 16), this action is dismissed without prejudice.

SIGNED on December 18, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge